IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:12-CV-0022-MOC-DSC

| | |
|---|---|
| MARIA MCNULTY | )<br>)<br>) **ORDER**<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| COMMUNICATION WORKERS OF AMERICA, et. al., | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Robert M. Weaver]" (document #14) filed February 13, 2012. For the reasons set forth therein, the Motion is <u>granted</u>.

**SO ORDERED**.

Signed: February 13, 2012

David S. Cayer
United States Magistrate Judge