IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:12-CV-0022-MOC-DSC

| MARIA MCNULTY | ) | |
| --- | --- | --- |
| | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMUNICATION WORKERS OF AMERICA, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Robert M. Weaver]" (document #14) filed February 13, 2012. For the reasons set forth therein, the Motion is  granted.

**SO ORDERED**.	Signed: February 13, 2012

David S. Cayer
United States Magistrate Judge