IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:12-CV-0022-MOC-DSC

| MARIA MCNULTY | ) | |
|---|---|---|
| | ) | |
| | ) | ORDER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMUNICATION WORKERS OF AMERICA, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** sua sponte regarding "Defendants' Motion To Dismiss" (document #15) filed February 13, 2012.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding pro se, that she has a right to respond to Defendants' Motion. The Court also advises Plaintiff that failure to respond may result in Defendants being granted the relief they seek, that is, **DISMISSAL OF THE COMPLAINT WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that Plaintiff is allowed until March 1, 2012 to respond to "Defendants' Motion To Dismiss."

**SO ORDERED**.

Signed: February 13, 2012

David S. Cayer
United States Magistrate Judge