# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Maria McNulty,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:12cv22

Communications Workers of America,
Janice Garris, Velvet Hawthorne,
Larry Cohen, Annie Hill, Don Larotonda,
and Judy Dennis

        Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 3, 2012 Order.

                                      Signed: May 3, 2012

*Frank G. Johns, Clerk*
*United States District Court*